IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAMIENE LEWIS                                                                                     PLAINTIFF
ADC #04168-095

v.                                            NO.  2:08cv00059 JLH-JWC

DEPARTMENT OF JUSTICE, et al                                                       DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants the Department of Justice and the United States Bureau of Prisons are hereby dismissed without prejudice and Plaintiff's case shall proceed only against Defendant Azuma at this time.

Service for Defendant Azuma is now appropriate.  The Clerk of the Court is directed to prepare a summons for Defendant, for the United States Attorney, and for the United States Attorney General.  The United States Marshal is directed to serve a copy of the original complaint with any attachments (doc. 2), a copy of the docket sheet, and a summons for Defendant, the United States Attorney, and the United States Attorney General without prepayment of fees and costs or security therefor.  Should Defendant, the United States Attorney, or the United States Attorney General need copies of other filed documents, they are advised that they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 1st day of August, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE