IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAMIENE LEWIS                                                                                              PLAINTIFF
Reg. #04168-095

V.                                         NO.  2:08cv00059 JLH

DEPARTMENT OF JUSTICE, et al                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 21st day of August, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE